IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DEBANNETTE RYAN                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 2:04CV308-B-B

WAL-MART STORES, INC.                                                                   DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**.

This, the 30th day of December, 2005.

                                                                    /s/ *Neal Biggers*
                                                                  **NEAL B. BIGGERS, JR.**
                                                                  **SENIOR U.S. DISTRICT JUDGE**